IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
                               )    CASE NUMBER: 25-mj-4057-RJD
          Plaintiff,           )
                               )
vs.                            )
                               )
ALVARO SALGADO--PAREIRA,       )
                               )
          Defendant.           )

## CRIMINAL COMPLAINT

I, Gregory DeKraker, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

## ILLEGAL REENTRY AFTER DEPORTATION

On or about the 25th day of June 2025, in Crawford County, in the Southern District of Illinois, the defendant,

**ALVARO SALGADO-PAREIRA,**

an alien, was found in the United States after having been removed therefrom on or about August 12, 2015, at or near Laredo, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

## AFFIDAVIT

I further state that I am a Deportation Officer with Immigration and Customs Enforcement (hereinafter ICE), and that I have been so employed since February 13, 2009.   My duties as an

1

ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act and violations of Title 8, United States Code, Section 1326. I have recently investigated the suspected unlawful presence in the United States of Alvaro Salgado-Pareira. According to official records maintained by ICE, i.e. the ICE "A-File" and "EARM" (Enforcement Alien Removal Module) database maintained on Alvaro Salgado-Pareira, he is a Mexican national who has been removed from the United States to Mexico on three prior occasions, most recently on August 12, 2015, at or near Laredo, Texas.

On June 25, 2025, I determined that Alvaro Salgado-Pareira was in the custody of the Illinois Department of Corrections ("DOC") and was housed at Robinson Correctional Center in Crawford County, Illinois.    I made this determination after reviewing the following information, which DOC posted on its website as follows:

# ILLINOIS DEPARTMENT OF CORRECTIONS INTERNET INMATE STATUS

**AS OF: Wednesday, June 25, 2025**

 

Y68594 - SALGADO, ALVARO

**Parent Institution:**    ROBINSON CORRECTIONAL CENTER
**Offender Status:**    IN CUSTODY
**Location:**    ROBINSON

## PHYSICAL PROFILE

**Date of Birth:**    06/11/1987
**Weight:**    175 lbs.
**Hair:**    Black
**Sex:**    Male
**Height:**    5 ft. 03 in.
**Race:**    Hispanic
**Eyes:**    Black

## MARKS, SCARS, & TATTOOS

SCAR, ABDOMEN - one on each side
TATTOO, ARM, LEFT UPPER - Heart w/rose, "Jessica"
TATTOO, ARM, RIGHT UPPER - "Josafina, Jesus, Javier"

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:**
04/21/2025
**Projected Parole Date:** 06/25/2025
**Last Paroled Date:**
**Projected Discharge Date:**    12/25/2025

## SENTENCING INFORMATION

| | |
|---|---|
| MITTIMUS: | 24CF00000624 |
| CLASS: | 4 |
| COUNT: | 1 |
| OFFENSE: | UNLAWFUL RESTRAINT |
| CUSTODY DATE: | 03/25/2024 |
| SENTENCE: | 0 Years 30 Months 0 Days |
| COUNTY: | LAKE |
| SENTENCE DISCHARGED?: | NO |
| | |

3

A check of Alvaro Salgado-Pareira's FBI number, which shows a match between fingerprints previously taken from Salgado-Pareira by Immigration Agents and fingerprints taken by Illinois state law enforcement officials, tattoos listed on the Illinois Department of Corrections Website and ICE databases, and photographs of Alvaro Salgado-Pareira from Immigration Databases and the Illinois Department of Corrections, demonstrate Alvaro Salgado-Pareira is the same individual that has been removed from the United States to Mexico on three prior occasions, including most recently on August 12, 2015.

According to official records maintained by ICE, Alvaro Salgado-Pareira did not receive permission from the Secretary of the Department of Homeland Security to reenter or reside in the United States lawfully after he was removed to Mexico on or about August 12, 2015.

Based on the above information, it appears that Alvaro Salgado-Pareira is an alien who was found in the United States after having been previously removed from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

GREGORY B DEKRAKER   Digitally signed by GREGORY B DEKRAKER
Date: 2025.06.27 11:13:15 -05'00'

GREGORY DEKRAKER
Deportation Officer,
Immigration and Customs Enforcement

4

State of Illinois       )
                        )   SS.
County of St. Clair     )


       Sworn to before me and subscribed in my presence on the _____ day of June 2025, at

East St. Louis, Illinois.

_____
REONA J. DALY
United States Magistrate Judge


_____
DANIEL T. KAPSAK
Assistant United States Attorney

5